M. P. No. 78-58. BERCO METALS, INC. *v.* THE ZONING

BOARD OF REVIEW OF THE TOWN OF SMITHFIELD. Petition for certiorari is denied. *Louis M. Cioci,* for plaintiff-respondent. *Stephen E. Cicilline,* Town Solicitor, for defendant-petitioner.